```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

MICHAEL MCFARLAND,            )
                              )
    Plaintiff,            )
                              )
  v.                          )   NO.  3:12-1294
                              )   Judge Trauger/Bryant
DAVID ELAM, et al.,           )
                              )
    Defendants.           )

## **O R D E R**

Plaintiff McFarland, a prisoner proceeding pro se, has filed his motion to issue a subpoena duces tecum (Docket Entry No. 47). By this motion, plaintiff McFarland seeks to subpoena the Director of Human Resources for the Tennessee Department of Corrections for the production of personnel files for defendants Elam, Thabet, Phillipe and Keeling as well as the current address for defendant Thabet. As grounds for this motion, plaintiff states that he has been unable to obtain service of process on defendant Thabet because he has been informed that she is no longer employed by the Tennessee Department of Corrections. Plaintiff states that he needs a current address for her in order to obtain service.

Plaintiff's motion to issue a subpoena as requested for the personnel files of these employees is DENIED because plaintiff has failed to state any reason for needing those files. Nevertheless, the Tennessee Attorney General's Office is hereby ORDERED to file under SEAL the last known address for defendant Linda Thabet. This information shall be filed under seal on or before **July 3, 2013**. Upon the filing of this address, the U.S.

Marshal shall attempt to serve the process on defendant Thabet at this address.

It is so **ORDERED**.

                                        s/ John S. Bryant
                                        JOHN S. BRYANT
                                        United States Magistrate Judge