# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL MCFARLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-1294 |
| ) | Judge Trauger |
| DAVID ELAM, Unit Manager/Head Drug ) | Magistrate Judge Bryant |
| Counselor, LINDA THABET, Correctional ) | |
| Officer, in her official and individual capacities, ) | |
| NOLSON PHILLIPE, TCOM Counselor, and ) | |
| GEORGE KEELING, Classification Coordinator, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On June 4, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 97), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by defendants Elam, Phillipe and Keeling (Docket No. 62) is **GRANTED**, and all claims against these defendants are **DISMISSED WITH PREJUDICE**.

This case shall be returned to the Magistrate Judge for further handling under the original referral Order. The court notes that one defendant remains in the case (Linda Thabet), and a second Motion to Amend filed by the plaintiff remains pending (Docket No. 101).

It is so **ORDERED**.

ENTER this 19th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge