## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL MCFARLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-cv1294 |
| | ) | Judge Trauger |
| LINDA THABET, | ) | Magistrate Judge Bryant |
| Correctional Officer, In her official and | ) | |
| individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On July 16, 2015, the magistrate judge issued a Report and Recommendation, to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED**. This Order constitutes the judgment in this case..

It is so **ORDERED**.

ENTER this 5th day of August, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge